**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANITA CHAVERS, | ) NO. SACV 10-1747-AHM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to the Court's Order: Accepting Findings and Recommendations of United States Magistrate Judge; and Denying Certificate of Appealability,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 22, 2011

**JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE